UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PILLAR PRIVATE LENDING, LLC,<br><br>　　　　　　　Defendants, | NO. 2:26-CV-00277<br><br>NOTICE OF APPEARANCE<br><br>(CLERK'S ACTION REQUIRED) |

TO:         CLERK OF THE COURT;

AND TO:   ALL COUNSEL OF RECORD.

　　　PLEASE TAKE NOTICE that the undersigned, Teruyuki S. Olsen of the law firm Oseran Hahn P.S. hereby appear in the above-entitled action as counsel of record for Defendant PILLAR PRIVATE LENDING LLC without waiving objection as to improper service, venue or jurisdiction, and requests that all further papers and pleadings herein, except original process, be served upon the undersigned.

　　　DATED this 17th day of February, 2026, at Bellevue, Washington.

NOTICE OF APPEARANCE - 1

OSERAN HAHN P.S.
11225 SE 6TH STREET, SUITE #100
BELLEVUE, WASHINGTON 98004
425-455-3900; FAX 425-455-9201

1
2          OSERAN HAHN P.S.

3          */s/Teruyuki S. Olsen*
           Teruyuki S. Olsen, WSBA #40855
4          11225 SE 6th Street, Suite #100
           Bellevue, Washington 98004
5          T: (425) 455-3900
           F: (425) 455-9201
6          tolsen@ohswlaw.com

7          *Attorneys for Defendant Pillar Private Lending LLC*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  NOTICE OF APPEARANCE - 2

OSERAN HAHN P.S.
11225 SE 6TH STREET, SUITE #100
BELLEVUE, WASHINGTON 98004
425-455-3900; FAX 425-455-9201

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the state of Washington, that the following is true and correct:

I am a paralegal for the law firm of Oseran Hahn, P.S., attorneys for Defendant Pillar Private Lending LLC herein. On the date below, I transmitted a copy of the foregoing document to the individuals named below in the manner indicated:

| | |
|---|---|
| Samuel J. Strauss<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>9870 N. Michigan Ave, Ste 1610<br>Chicago IL, 60611 | ☐ Personal Service<br>☒ Eservice (If Registered)<br>☐ U.S. Mail<br>☐ FAX:<br>☐ Certified Mail delivery confirmation<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ E-Mail: sam@straussborrelli.com |
| Anthony Paronich<br>PARONICH LAW PC<br>350 Lincoln St. Suite 2400<br>Hingham, MA 02043 | ☐ Personal Service<br>☒ Eservice (If Registered)<br>☐ U.S. Mail<br>☐ FAX:<br>☐ Certified Mail delivery confirmation<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ E-Mail: Anthony@paronichlaw.com |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 17th day of February, 2026, at Bellevue, Washington.

/s/ Theresa Dunseth
Theresa Dunseth, Paralegal
Oseran Hahn P.S.

NOTICE OF APPEARANCE - 3

OSERAN HAHN P.S.
11225 SE 6TH STREET, SUITE #100
BELLEVUE, WASHINGTON 98004
425-455-3900; FAX 425-455-9201