THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>PILLAR PRIVATE LENDING, LLC,<br><br>Defendant. | Case No. 2:26-CV-00277-JHC<br><br>**STIPULATED MOTION TO EXTEND DEFENDANT PILLAR PRIVATE LENNDING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 17, 2026** |

Pursuant to Federal Rules of Civil Procedure ("Rule") 6, Plaintiff Jorge Rojas ("Plaintiff") and Pillar Private Lending, LLC ("Pillar") hereby move the Court for an Order extending time for Pillar to file an answer or otherwise respond to the Complaint, up to and including March 23, 2026. In support of this stipulation, the parties state as follows:

1. On January 23, 2026, Plaintiff filed a Complaint against Pillar, alleging violation of the Telephone Consumer Protection Act.

2. On January 29, 2026, Pillar was served with the Summons and Complaint.

3. Under Rule 12, Pillar's current deadline to respond to the Complaint is February 19, 2026.

4. After meeting and conferring with Plaintiff, Plaintiff agreed to extend Pillar's deadline to respond to the complaint through March 23, 2026.

5. This is the first time that Pillar has requested an extension of time to respond to the Complaint.

6. This stipulated motion is made in good faith, not for the purpose of delay, and granting it will not prejudice any party in any way.

**AGREED AND STIPULATED** TO this 17th day of February, 2026.

We certify that this memorandum contains 172 words, in compliance with the Local Civil Rules.

Dated: February 17, 2026                    TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice Application Pending*)
Puja Amin (*Pro Hac Vice Application Pending*)
Brittany A. Andres (*Pro Hac Vice Application Pending*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

OSERAN HAHN, P.S.

*/s/ Teruyuki S. Olsen*
Teruyuki S. Olsen, WSBA #40855
11225 SE 6th Street
Suite 100
Bellevue, WA 98004
tolsen@ohswlaw.com
Tel: (425) 455-3900

*Attorneys for Defendant Pillar Private Lending, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRAUSS BORRELLI PLLC

By: */s/ Samuel J. Strauss*
Samuel J.. Strauss, WBA No. 49671
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL, 60611
Telephone: (872) 263-1100
Sam@straussborrelli.com


Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the state of Washington, that the following is true and correct:

I am a paralegal for the law firm of Oseran Hahn, P.S., attorneys for Defendant Pillar Private Lending LLC herein. On the date below, I transmitted a copy of the foregoing document to the individuals named below in the manner indicated:

| Recipient | Method |
|---|---|
| Samuel J. Strauss<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>9870 N. Michigan Ave, Ste 1610<br>Chicago IL, 60611 | ☐ Personal Service<br>☒ Eservice (If Registered)<br>☐ U.S. Mail<br>☐ FAX:<br>☐ Certified Mail delivery confirmation<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ E-Mail: sam@straussborrelli.com |
| Anthony Paronich<br>PARONICH LAW PC<br>350 Lincoln St. Suite 2400<br>Hingham, MA 02043 | ☐ Personal Service<br>☒ Eservice (If Registered)<br>☐ U.S. Mail<br>☐ FAX:<br>☐ Certified Mail delivery confirmation<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ E-Mail: Anthony@paronichlaw.com |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 17th day of February, 2026, at Bellevue, Washington.

*/s/ Theresa Dunseth*
Theresa Dunseth, Paralegal
Oseran Hahn P.S.

---

STIPULATED MOTION TO EXTEND
Case No. 2:26-CV-00277
4

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612