THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PILLAR PRIVATE LENDING, LLC,<br><br>Defendant. | Case No. 22:26-CV-00277-JHC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT PILLAR PRIVATE LENDING, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Before the Court is the Parties' Stipulated Motion seeking an order extending Defendant Pillar Private Lending, LLC, ("Pillar") time to respond to Plaintiff Jorge Rojas's ("Plaintiff") Complaint by thirty (30) days, up to and including March 23, 2026. Having considered the Parties' request, the Court hereby orders Pillar to respond to Plaintiff's Complaint by and including **March 23, 2026**.

ACCORDINGLY, IT IS HEREBY ORDERED that Pillar shall respond to Plaintiff's Complaint by **March 23, 2026**.

Dated this ____ Day of February, 2026     _____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

ORDER
Case No. 2:26-CV-00277
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612

1 | TROUTMAN AMIN, LLP

2 | By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice Application Pending*)
3 | Puja Amin (*Pro Hac Vice Application Pending*)
Brittany A. Andres (*Pro Hac Vice Application Pending*)
4 | 400 Spectrum Center Drive
Suite 1550
5 | Irvine, CA 92618
6 | troutman@troutmanamin.com
amin@troutmanamin.com
7 | brittany@troutmanamin.com
Tel: (949) 350-5612
8 |
9 | OSERAN HAHN, P.S.

10 | */s/ Teruyuki S. Olsen*
Teruyuki S. Olsen, WSBA #40855
11 | 11225 SE 6th Street
Suite 100
12 | Bellevue, WA 98004
13 | tolsen@ohswlaw.com
Tel: (425) 455-3900
14 |
*Attorneys for Defendant Pillar Private Lending, LLC*

ORDER
Case No. 2:26-CV-00277
2

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612