UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PILLAR PRIVATE LENDING, LLC,<br><br>Defendant. | Case No. 22:26-CV-00277-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT PILLAR PRIVATE LENDING, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Before the Court is the Parties' Stipulated Motion seeking an order extending Defendant Pillar Private Lending, LLC, ("Pillar") time to respond to Plaintiff Jorge Rojas's ("Plaintiff") Complaint by thirty (30) days, up to and including March 23, 2026. Dkjt. # 11.  Having considered the Parties' request, the Court GRANTS the motion and ORDERS Pillar to respond to Plaintiff's Complaint by **March 23, 2026**.

Dated this 18th day of February, 2026

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:26-CV-00277
1