THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JORGE ROJAS, on behalf of himself and
all others similar situated,

　　　　　　　　Plaintiff,

　　　v.

PILLAR PRIVATE LENDING, LLC,

　　　　　　　　Defendant.

Case No. 2:26-CV-00277

**NOTICE OF SETTLEMENT**

　　　　Pursuant to Local Rule 11(b), Defendant Pillar Private Lending, LLC ("Pillar"), by and through its undersigned counsel, respectfully notices the Court that Pillar has reached a settlement in the above-captioned matter with Plaintiff Jorge Rojas ("Plaintiff") (collectively, with Pillar, the "Parties"). The Parties are engaging in good faith negotiations to finalize the terms of the settlement agreement. Accordingly, Pillar respectfully requests that this Court vacate all upcoming deadlines and allow forty-five (45) days for the Parties to file a Stipulation of Dismissal.

NOTICE OF SETTLEMENT
Case No. 2:26-CV-00277
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612

Dated: March 23, 2026

OSERAN HAHN P.S.

By: */s/ Teruyuki S. Olsen*
Teruyuki S. Olsen, WBA No. 40855
11225 SE 6th Street
Suite 100
Bellevue, WA 98004
tolsen@ohswlaw.com
Tel: (425) 455-3900

TROUTMAN AMIN, LLP

Eric J. Troutman (*Admitted Pro Hac Vice*)
Puja Amin (*Admitted Pro Hac Vice*)
Brittany A. Andres (*Admitted Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

*Attorneys for Defendant Pillar Private Lending, LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Notice of Settlement* was served upon all counsel of record via the Court's CM/ECF systems on the 23rd day of March, 2026.

 */s/ Brittany A. Andres*
Brittany A. Andres

NOTICE OF SETTLEMENT
Case No. 2:26-CV-00277
2

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612