**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similar situated, | Case No. 2:26-cv-00277-JHC |
| Plaintiff, | Honorable Judge John H. Chun |
| v. | STIPULATION OF DISMISSAL |
| PILLAR PRIVATE LENDING, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jorge Rojas and Defendant Pillar Private Lending, LLC, by and through their respective counsel, stipulate to the dismissal of this action with prejudice as to Plaintiff's claims, with each party to bear its own attorneys' fees and costs.

*[Counsel signatures to follow on next page.]*

STIPULATION OF DISMISSAL
Page 1

IT IS SO STIPULATED this 12th day of May, 2026.

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff Jorge Rojas*


By: */s/ Brittany A. Andres*
Eric J. Troutman (*pro hac vice*)
Puja Amin (*pro hac vice*)
Brittany A. Andres (*pro hac vice*)
**TROUTMAN AMIN LLP**
400 Spectrum Center Drive, Suite 1450
Irvine, CA 92618
Telephone: (949) 350-5612
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

*/s/ Teruyuki S. Olsen*
Teruyuki S. Olsen, WSBA No. #40855
**OSERAN HAHN**
11225 SE 6th Street, Suite 100
Bellevue, WA 98004
Telephone: (425) 455-3900
tolsen@ohswlaw.com

*Counsel for Defendant Pillar Private Lending, LLC*

STIPULATION OF DISMISSAL
Page 2