**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JORGE ROJAS, on behalf of himself and all others similar situated, | Case No. 2:26-cv-00277-JHC |
| Plaintiff, | Honorable Judge John H. Chun |
| v. | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL |
| PILLAR PRIVATE LENDING, LLC, | |
| Defendant. | |

Before the Court is the Parties' Stipulation of Dismissal seeking an order dismissing Plaintiff Jorge Rojas's ("Plaintiff") claims with prejudice. Having considered the Parties' request, the Court hereby dismisses Plaintiff's claims with prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's claims be dismissed with prejudice.

Dated: _____

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATION OF DISMISSAL
Page 1