# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JORGE ROJAS, on behalf of himself and all others similar situated,

        Plaintiff,

      v.

PILLAR PRIVATE LENDING, LLC,

        Defendant.

Case No. 2:26-cv-00277-JHC

ORDER

Before the Court is the Parties' Stipulation of Dismissal seeking an order dismissing Plaintiff Jorge Rojas's ("Plaintiff") claims with prejudice.  Dkt. # 14.  Having considered the Parties' request, the Court hereby GRANTS the request and DISMISSES Plaintiff's claims with prejudice.  Each party shall bear their own attorney fees and costs.

      Dated: May 12, 2026

                              _____
                              JOHN H. CHUN
                              UNITED STATES DISTRICT JUDGE

ORDER
Page 1